05 10607 JLT

AO 243
REV 6/82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District DISTRICT COURT DISTRICT OF MASSACHUSETTS, BOSTON |
|---|---|
| Name of Movant Michael Eideh | Prisoner No. 23457-038 | Docket No. JLT ALL |
| Place of Confinement F.C.I FAIRTON, FAIRTON NJ 08320, PO BOX 420 | | |

(include name upon which convicted)

UNITED STATES OF AMERICA    v.    Michael Eideh

(full name of movant)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack _United States_ _DISTRICT COURT, DISTRICT OF Massachussetts - BOSTON_

2. Date of judgment of conviction _12-17-2002_

3. Length of sentence _6 yrs committed, 4 yrs supervised release_

4. Nature of offense involved (all counts) _1 count conspiracy to obtain_ _with intent to distribute cocaine/base_

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _Entered guilty plea to a max of five yr sentence_
   _after PSI my time went up to 15½ yrs_

6. Kind of trial: (Check one)  N/A
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?  N/A
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?  N/A
   Yes ☐ No ☐

Prosecutor Theodore Harris Jr

AO 243
REV 6/82

9.  If you did appeal, answer the following: _N A_

(a)  Name of court _____

(b)  Result _____

(c)  Date of result _____

10.  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐  No ☒

11.  If your answer to 10 was "yes," give the following information: _N A_

(a) (1)  Name of court _____

(2)  Nature of proceeding _____

_____

(3)  Grounds raised _____

_____

_____

_____

_____

(4)  Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☐  _N A_

(5)  Result _____

(6)  Date of result _____

(b)  As to any second petition, application or motion give the same information: _N A_

(1)  Name of court _____

(2)  Nature of proceeding _____

_____

(3)  Grounds raised _____

_____

_____

_____

_____

AO 243
REV 6/82

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐   *N A*

(5) Result _____

(6) Date of result _____

(c) As to any third petition, application or motion, give the same information:   *N A*

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?   *N A*
Yes ☐ No ☐

(5) Result _____
(6) Date of result _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☐ No ☐      *N A*
(2) Second petition, etc.   Yes ☐ No ☐
(3) Third petition, etc.      Yes ☐ No ☐

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b)  Conviction obtained by use of coerced confession.

(3)

AO 243
REV 6-82

(c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d)  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e)  Conviction obtained by a violation of the privilege against self-incrimination.
(f)  Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g)  Conviction obtained by a violation of the protection against double jeopardy.
(h)  Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i)  Denial of effective assistance of counsel.
(j)  Denial of right of appeal.

A.  Ground one: (E)  Violation of the privilege against self incrimination

Supporting FACTS (tell your story *briefly* without citing cases or law): The court was granted an indicement charging that I said something on the phone in which I descriminated my self. Drugs were never found or mentioned on phone.

B.  Ground two: (J)  Denial of right of appeal

Supporting FACTS (tell your story *briefly* without citing cases or law): My original plea was with first prosecuter cherrie krigsman but when new prosecuter theodore harris so (plea of 5 yrs) took case he changed my length of time at which I could not take back my plea

C.  Ground three:  past criminal record

Supporting FACTS (tell your story *briefly* without citing cases or law): My past record brought my length of sentence to a copper criminal which is way above my plea agreement in turn I was forced to accept what ever sentence judge imposed.

(5)

AO 243
REV 6/82

_____
_____
_____

D.  Ground four: _____

_____

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

_____
_____
_____
_____
_____
_____
_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

_____ *N/A* _____

_____
_____
_____

14.  Do you have any petition or appeal now pending in any court as to the judgment under attack?
     Yes ☐  No ☒

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

     (a) At preliminary hearing *MATT FEINBERG  125 SUMMER ST. BOSTON MA*

     (b) At arraignment and plea *MATT FEINBERG 125 SUMMER ST. BOSTON MA*

     (c) At trial _____

     (d) At sentencing *MATT FEINBERG  125 SUMMER ST. BOSTON MA*

AO 243
REV 6'82

(e) On appeal _____

(f) In any post-conviction proceeding _MATT FEINBERG_ _125 SUMMER ST.  BOSTON M.A._

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_FEB, 18 2005_ .
(date)

_michael T. Eck_
Signature of Movant