UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Michael Eideh** <br> **Petitioner** <br><br> V. <br><br> **United States of America** <br> **Respondent** | **CIVIL ACTION** <br><br> NO. 05-cv-10607 JLT |

## JUDGMENT

**Tauro, D. J.**

In accordance with the Court's Endorsement dated March 25, 2006 adopting the Magistrate Judge's Report and Recommendation of June 30, 2005, denying the petition for a writ of habeas corpus, it is hereby ORDERED:

Judgment for the Respondent.

By the Court,

March 20, 2006            /s/ Kimberly M. Abaid
Date                            Deputy Clerk

(R&R Judgment.wpd - 12/98)